**STATE of Missouri, Respondent,**

v.

**Daniel D. HOOPER, Appellant.**

**No. WD 33001.**

Missouri Court of Appeals,
Western District.

Aug. 3, 1982.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 31, 1982.

Application to Transfer Denied Oct. 18, 1982.

James W. Fletcher, Public Defender, Gary L. Gardner, Asst. Public Defender, Kansas City, for appellant.

Albert A. Riederer, Pros. Atty., Larry Schaffer, Asst. Pros. Atty., Kansas City, for respondent.

Before KENNEDY, P. J., and WASSERSTROM and MANFORD, JJ.

ORDER

PER CURIAM:

Direct appeal from jury conviction for Class A Rape, § 566.030 RSMo 1978, and Class A Sodomy, § 566.060 RSMo 1978.

Judgment affirmed.